MONTAUK ASSOCIATION, Appellant, *v.* MARY D. DALY et al., as Executors of AUGUSTIN DALY, Deceased, Respondents.

*Montauk Association* v. *Daly*, 62 App. Div. 101, affirmed.
(Argued May 13, 1902; decided May 27, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 12, 1901, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*Robert Thorne* for appellant.

*Stephen H. Olin* and *George Alfred Lamb* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.